for a new trial, are reversed, and a new trial ordered, with costs to the defendant Rudolph against the plaintiff to abide the event, upon the authority of Bamberg v. International Railway Company et al., 105 N. Y. Supp. 621.

DOLPHIN, Respondent, v. SWANSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by William M. Dolphin against Charles Swanson. No opinion. Judgment and order affirmed, with costs.

DONALDSON, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Andrew Donaldson against the Rutland Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DONLON CONTRACTING CO., Respondent, v. CITY OF NEW YORK, Appellant (Actions 1, 2, and 3). (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Actions by the Donlon Contracting Company against the city of New York. No opinion. Motions to dismiss appeals granted, without costs.

DONNELLY, Appellant, v. ROGERS, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by William F. Donnelly against Clarence De W. Rogers. F. Bien, for appellant. C. D. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DONOVAN et al., Respondents, v. AUGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Dennis Donovan and another against Armand G. Auger and another. No opinion. Judgment and order affirmed, with costs.

DORAN, Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Catherine A. Doran against the Great Atlantic & Pacific Tea Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

DORAN, Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Charles F. Doran against the Great Atlantic & Pacific Tea Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

DORR v. LAMBERT. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by James F. Dorr against John W. Lambert. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DOTY, Respondent, v. SYRACUSE & SUBURBAN R. CO., Appellant. (Supreme Court,

Appellate Division, Fourth Department. November 13, 1907.) Action by Mary M. Doty against the Syracuse & Suburban Railroad Company.

PER CURIAM. Judgment and order of County Court and judgment and order of Municipal Court of the city of Syracuse reversed, and a new trial ordered in the Municipal Court, with costs in all courts to the appellant to abide the event. New trial to be had on Tuesday, the 3d day of December, 1907, at 10 o'clock in the forenoon. Held, that the verdict was contrary to and against the weight of the evidence.

SPRING and KRUSE, JJ., dissent.

DOWNING, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Joseph T. Downing against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, on consent in open court, with costs.

DOYLE, Respondent, v. NORTHERN CENT. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Mary J. Doyle, as administratrix, etc., against the Northern Central Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

DRAKE, Respondent, v. HEVENOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Amy H. Drake against Grace D. Hevenor.

PER CURIAM. Interlocutory judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict was contrary to and against the weight of evidence.

WILLIAMS, J., dissents.

DUCKWORTH, Respondent, v. DRIVER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Walter F. Duckworth against Walter S. Driver. No opinion. Motion to dismiss appeal granted, with costs, unless appellant pay to the respondent $10 costs within 10 days. On compliance, motion to dismiss appeal denied, without costs, and case placed at the foot of the present calendar.

DUFF, Respondent, v. NADLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Peter Duff against Wolf Nadler. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

DUNN, Respondent, v. CITY OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Michael Dunn against the city of Fulton.